# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JONATHAN MURILLO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1539

[December 9, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2018-CF-010006-AXXX-MB.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***